IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

        Plaintiff,                    No. CIV-S-10-3469 KJM KJN (TEMP) P

    vs.

ROBERT DOYLE, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding without counsel with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed a request to proceed in forma pauperis. However, plaintiff is precluded from proceeding in forma pauperis because it has been already determined – by the United States District Court for the Southern District of California in <u>Stephen v. Hernandez</u>, 08-cv-0750 BEN BLM P – that plaintiff has "struck out" under 28 U.S.C. § 1915(g).[1] Furthermore, in his complaint, plaintiff does not allege he is "under imminent danger

---

[1] Title 28 U.S.C. § 1915(g) reads:

    In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is

of serious physical injury."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (#2) is denied;

2. Plaintiff shall pay the $350.00 filing fee for this action within twenty-one days.

Failure to pay the filing fee within twenty-one days will result in a recommendation that this action be dismissed.

DATED: March 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

step3469.3k

---

frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

2