IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

      Plaintiff,                         No. CIV-S-10-3469 KJM KJN (TEMP) P

   vs.

ROBERT DOYLE, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff has filed a motion requesting that the court stay the requirement that plaintiff pay the filing fee for this action. Plaintiff has not shown good cause for a stay. His request (#20) is denied.

DATED: March 28, 2011

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

step3469.sty