IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

      Plaintiff,                     No. CIV S-10-3469 KJM CKD P

   vs.

ROBERT DOYLE, et al.,

      Defendants.            <u>ORDER</u>

                              /

        On March 18, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 10, 2011, denying plaintiff's request to proceed in forma pauperis under 28 U.S.C. § 1915(g).  (*See* ECF 18.)  As provided by this court's Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the file, the court finds that the magistrate judge's ruling is not clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 10, 2011, is affirmed.

DATED: August 22, 2011.

                                              UNITED STATES DISTRICT JUDGE

2
step3469.850

1