IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

      Plaintiff,                     No. CIV-S-10-3469 KJM CKD  P

   vs.

ROBERT DOYLE, et al.,

      Defendants.        ORDER

_____/

      Plaintiff has filed motions in which he asks that the undersigned recuse herself from this case. Plaintiff does not point to any valid basis for recusal. See 28 U.S.C. § 455. Therefore, plaintiff's requests (ECF Nos. 7, 15 & 16) are denied.

DATED: August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

step3469.rec