IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

    Plaintiff,               No. CIV S-10-3469 KJM CKD P

    vs.

ROBERT DOYLE, et al.,

    Defendants.          ORDER TO SHOW CAUSE

/

        By order filed March 10, 2011, this court precluded plaintiff from proceeding in forma pauperis because it had already been determined that plaintiff had "struck out" under 28 U.S.C. Section 1915(g) by the United States District Court for the Southern District of California in Stephen v. Hernandez, 08-cv-0750 BEN BLM P.  Therefore, plaintiff was ordered to pay the $350.00 filing fee for this action.

        On March 18, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 10, 2011, denying plaintiff's request to proceed in forma pauperis. On March 24, 2011, plaintiff filed a motion requesting the court to stay the requirement that plaintiff pay the filing fee for this action, which was denied by order filed March 29, 2011.  On August 23, 2011, the district judge affirmed the March 10, 2011 magistrate judge's order.

\\\\\

1

1       On October 20, 2011, plaintiff filed an interlocutory appeal. On November 15, 2011, the Court of Appeals determined that "the appeal was so insubstantial as to not warrant further review, it shall not be permitted to proceed."

       To date, plaintiff has not paid the $350.00 filing fee. IT IS HEREBY ORDERED that plaintiff shall show cause, within thirty days, why his action should not be dismissed for failure to pay the filing fee. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: February 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

step3469.osc